UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20091-WILLIAMS(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARTOLO HERNANDEZ, et al.

        Defendants.
_____/

**NOTICE OF LIS PENDENS RE: FORFEITURE**

**GRANTEE: Jose Abreu Correa**

**TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on September 6, 2017, a Preliminary Order of Forfeiture was entered in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to Title 18, United States Code, Section 982(a)(6), the United States of America is forfeiting the real property located at 109 Buttonwood Lane, Layton, Florida, 33301, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, and is more particularly described as:

> Lot 19, Block 4, LONG KEY ESTATE 2nd Addition, according to the Plat thereof in the Plat Book 4, Page 127, less the Northerly 2.5 feet of land conveyed in Official Record Book 390, Page 1073 and Official Record Book 390, Page 1041, of the Public Records of Monroe County, Florida.

The record owner of the realty is **Jose Abreu Correa**, by virtue of a Warranty Deed, recorded in the public records of Monroe County, Florida, in Official Book # 2742, Page 1383, on May 27, 2015.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

>Respectfully submitted,
>
>BENJAMIN G. GREENBERG
>ACTING UNITED STATES ATTORNEY
>
>BY:  /s/Evelyn B. Sheehan
>Evelyn B. Sheehan (Fla. Bar No. 944351)
>Assistant United States Attorneys
>99 NE 4th Street
>Miami, FL    33132-2111
>Tel. (305) 961-9125
>Fax. (305) 536-7599
>Evelyn.Sheehan@usdoj.gov

This instrument was
prepared by:

EVELYN B. SHEEHAN
ASSISTANT U.S. ATTORNEY